IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                        ) | Case No. 1:06CR205 |
| ) | |
| DAVID KAYE,                                       ) | |
| ) | |
|    Defendant.                                       ) | |

MOTION TO CONTINUE

COMES NOW the Defendant, DAVID KAYE, ("Mr. Kaye") by counsel, Jessica N. Carmichael, and moves this court to continue the above-captioned case. In support of this motion, counsel states the following:

1. Mr. Kaye is charged with a probation violation and is currently scheduled for an initial appearance on revocation proceedings hearing on July 16, 2013 at 10:00 a.m.

2. The undersigned counsel was only very recently retained in this matter.

3. Additional time is necessary to prepare.

4. The Government does not object to the continuance.

5. Under the circumstances, Mr. Kaye respectfully requests that this matter be continued until July 23, 2013 at 10:00 a.m.

WHEREFORE for the foregoing reasons, the Defendant DAVID KAYE, respectfully request that the court grant this motion and continue the matter to July 23, 2013, at 10:00 a.m.

Respectfully Submitted,

DAVID KAYE
By counsel


PATRICK N. ANDERSON & ASSOCIATES, P.C.:

_____/s/_____
Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
Counsel for Defendant
333 N. Fairfax Street, Suite 310
Alexandria, Virginia 22314
(703) 519-7100
jcarmichael@pnalaw.com

## CERTIFICATE OF SERVICE

I, hereby certify, that on the 13th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Maya Song, Esq.
Assistant United States Attorney
Attorney for the Government
2100 Jamieson Avenue
Alexandria VA 22314

PATRICK N. ANDERSON & ASSOCIATES, P.C.:

_____/s/_____
Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
Counsel for Defendant
333 N. Fairfax Street, Suite 310
Alexandria, Virginia 22314
(703) 519-7100
jcarmichael@pnalaw.com