AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.

Case Number: **1:06CR00205-001**

**DAVID A. KAYE**

Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offense(s) Committed On or After November 1, 1987)

The defendant, **DAVID A. KAYE**, was represented by Patrick Anderson, Esquire.

Finding that the defendant in the above styled case, who was convicted on December 1, 2006 and sentenced to custody of the Bureau of Prisons for SIXTY (60) MONTHS as to Count 1 and SEVENTY-EIGHT (78) MONTHS as to Count 2, with credit for time served, to run concurrent; TEN (10) YEARS Supervised Release with Special Conditions as to Count 1 and FIVE (5) YEARS Supervised Release w/Special Conditions as to Count 2, to run concurrent; and $200 special assessment ($100 as to each Count), has violated the terms of supervised release; it is hereby

ORDERED and ADJUDGED that a new term of supervised release, for a period of TEN (10) YEARS be imposed, with all the same terms and conditions imposed in the Judgment entered on December 1, 2006 to remain the same, with the additional conditions;  that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIVE (5) DAYS, to be served intermittently;  and the defendant is banned from having any access to computers or internet device, without the approval of the probation officer.

Signed this 27th day of Sept, 2013.

/s/
James C. Cacheris
United States District Judge